# United States District Court

_____ MIDDLE _____ DISTRICT OF _____ ALABAMA _____

**In the matter of the Search of**
(Name, address or brief description of person, property or premises to be searched)

Nokia model 6101(b) IMEI # 358823/00/241598/5
Phone # 334-559-5162

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER: 3:06mj 96-CSC

I, __Keith Jordan__ being duly sworn depose and say:

I am a(n) __Task Force Officer__ and have reason to believe that ☐ on the person of or ☒ on the property or premises known as (name, description and/or location)

Nokia model 6101(b) IMEI # 358823/00/241598/5, Phone # 334-559-5162

in the __Middle__ District of __Alabama__

there is now concealed a certain person or property, namely (describe the person or property to be seized)

**SEE AFFIDAVIT**

which is (state one or more bases for search set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)

**property that constitutes evidence of the commission of a criminal offense, contraband, and property that has been used as a means of committing a criminal offense**

concerning violations of Title __18, United States Code, Section 1071__.

The facts to support the issuance of a Search Warrant are as follows:

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Affiant

Sworn to before me and subscribed in my presence,

September 20, 2006                                          at   Montgomery, Alabama
Date                                                            City and State

Charles S. Coody, U.S. Magistrate Judge                    _____
Name and Title of Judicial Officer                         Signature of Judicial Officer

## SEARCH WARRANT AFFIDAVIT

I, Keith Jordan, being duly sworn, depose and state;

I am a Criminal Investigator with the Lee County Sheriff's Office where I have been employed for the last ten (10) years, and a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives assigned to the Montgomery, AL field office. Both in my experience with the Lee County Sheriff's Office and in my capacity as a Task Force Officer over the past (3) years, I have investigated numerous weapons and drug offenses occurring in the Middle District of Alabama, during which I have become familiar with numerous methods used by individuals to communicate and transmit details of law enforcement investigations in an effort to avoid arrest.

Your Affiant submits this affidavit in support of a warrant to search the contents of a cellular telephone, specifically a **Nokia model 6101(b) IMEI # 358823/00/241598/5** with subscription to T-Mobile, found in the possession of Jason Edward Cofield on August 30, 2006. The number assigned this phone is **(334) 559-5162**. According to information posted on the Nokia website, a **Nokia model 6101** is capable of cellular communication, text messaging and digital photography. Your Affiant believes that the cellular telephone **Nokia model 6101(b) IMEI # 358823/00/241598/5** contains evidence of a violation of Title 18, United States Code, Section 1071 – Concealing person from arrest. Title 18, United States Code, Section 1071, proscribes anyone from harboring or concealing any person for whom an arrest warrant or process has been issued under the provisions of any law of the United States, so as to prevent their discovery or arrest.

1

According to ATF Special Agent and Digital Investigator Neil Harper of the Chattanooga Field Office, the **Nokia model 6101(b)** cellular telephone phone recovered from Jason Cofield's possession will retain all data and information unless manually erased. Furthermore, the **Nokia model 6101(b) IMEI # 358823/00/241598/5** cellular telephone has been in the care, custody, and control of your Affiant since it was recovered from Jason Edward Cofield's possession.

Your Affiant believes there is probable cause to search the contents of the aforementioned cellular telephone because:

On January 24, 2006, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Task Force Officer (TFO) Keith E. Jordan, your Affiant, assisted members of the Lee County Sheriff's Office with the execution of a search warrant at the residence of Jason Edward Cofield, located on Lee Rd. 270 in the Beulah community of Lee County, Middle Judicial District of Alabama. During a subsequent search of the property, officers recovered three firearms and three stolen vehicles.

During the course of the investigation, your Affiant received certified conviction records from the States of Georgia and Alabama, which showed that Jason Edward Cofield was convicted in Forsyth County, GA in 1999 for Trafficking in Methamphetamine, and in Talledega County, AL for Possession of Methamphetamine.

On August 15, 2006, a Federal Grand Jury sitting in the Middle District of Alabama issued a three count indictment against Jason Edward Cofield. Count 1 alleges a violation of Title 18 U.S.C. 922(g)(1)- Felon in Possession of a Firearm. Counts 2 and 3 alleges violations of Title 18 U.S.C. 2313- Possession of A Stolen Motor Vehicle.

After Indictment for his federal offenses, and prior to his arrest on federal warrants, your Affiant determined that Jason Edward Cofield's wife, Amy V. Cofield, possessed a cellular telephone with an assigned number of (334) 444-6455. This information was forwarded to the United States Marshal's Service to assist in locating Jason Edward Cofield. Deputy U.S. Marshal Athen Reeves obtained an order for (334) 444-6455 and verified that it was registered to Amy V. Cofield. Deputy U.S. Marshal Reeves also determined that during the past 30 day time period a phone bearing the number **(334) 559-5162** had exchanged approximately 400 text messages with Amy V. Cofield's cellular telephone, (334) 444-6455.

On August 30, 2006, at approximately 10:50 am CST, your Affiant and members of the Lee County Sheriff's Office assisted Deputy U.S. Marshals in serving a federal arrest warrant issued for Jason Edward Cofield. The warrant was to be executed at Cofield's residence located at 5766 Lee Rd. 270. While driving onto Cofield's property, your Affiant observed a white male driving a silver Chevrolet truck attempting to flee the property. Once the driver spotted your Affiant, he fled back toward a residence located on the property. Your Affiant pursued the vehicle to the rear of the residence, where he made eye contact with the driver. The driver was Jason Edward Cofield. Your Affiant, assisted by other deputies, attempted to block Cofield's vehicle. Cofield rammed your Affiant's vehicle and fled at a high rate of speed. Your Affiant pursued Cofield through several acres of a wooded area until Cofield drove out onto Lee County Road 379 and evaded capture.

Simultaneous to pursuing Jason Edward Cofield, other officers made entrance into his residence. Upon entry, officers discovered Amy V. Cofield in the master

3

bathroom. Officers found Amy V. Cofield with a police scanner in one hand, a two-way radio in another hand, and a cellular telephone. Based upon my training and experience, I know that police scanners can intercept police communications and be used to disclose sensitive information to wanted individuals to assist escape and avoid capture. Due to the pursuit of Jason Edward Cofield, officers failed to detain Amy V. Cofield. Amy V. Cofield was left at the residence once officers were notified of Jason Edward Cofield's escape. Clearly, once officers contacted Amy V. Cofield, she had actual knowledge of the fact that a warrant or process had been issued for her husband, Jason Edward Cofield.

For approximately the next four (4) hours, almost 30 law enforcement officers and the Alabama Department of Public Safety helicopter were directed to various locations in the Beulah community to search for Jason Edward Cofield. For several hours, Cofield was able to move through wooded areas and side roads in the community undetected by the law enforcement units and the State helicopter. During this period, officers were detailed to search for Jason Edward Cofield and were removed from other investigative and law enforcement duties. At approximately 2:47 PM CST officers located Cofield's vehicle emerging from a wooded area on Lee Rd. 380 in the Beulah community. Notably, a second high speed chase ensued. During this high speed chase, other motorists, citizens and law enforcement were placed at significant risk. The high speed chase continued until Cofield crashed his vehicle into a ditch. At approximately 2:59 PM CST, Lee County authorities took Jason Edward Cofield into custody. During this entire period, multi-jurisdictional law enforcement agencies communicated with each other via police radios (capable of being intercepted via police scanners) about Jason Edward Cofield's whereabouts.

4

During a search of Cofield's vehicle incident to his arrest, your Affiant recovered a cellular telephone, specifically a **Nokia model 6101(b) IMEI # 358823/00/241598/5**, in the passenger compartment which displayed its number as **(334) 559-5162**.

Based upon the presence of police scanners, radios and telephones in the possession of Amy V. Cofield during this arrest procedure, and Jason Edward Cofield's ability to circumvent and evade law enforcement (including helicopters) in the community for approximately four hours, and based upon the professional experience and training of your Affiant, there is reason to believe that the cellular telephone, **Nokia model 6101(b) IMEI # 358823/00/241598/5** bearing **number (334) 559-5162** contains text messages, voice mails or other evidence of a violation of Title 18, United States Code, Section 1071 - concealing person from arrest. Your Affiant believes the **Nokia model 6101(b) IMEI # 358823/00/241598/5** contains evidence of Amy V. Cofield's attempt to harbor and conceal Jason Edward Cofield from lawful arrest.

Therefore, based upon the information contained within this affidavit, I believe there is probable cause that evidence of a violation of Title 18, United States Code, Section 1071, currently exists within cellular phone **Nokia model 6101(b) IMEI # 358823/00/241598/5**.

                                    _____
                                    Investigator Keith Jordan
                                    ATF Task Force Officer

Sworn before me this
20th day of September 2006

_____
Charles S. Coody
United States Magistrate Judge

5

Between September 25 and September 27, 2006, SA Harper examined the cell phone by using the Paraben Corporation's Device Seizure software program to acquire and view data from the cell phone's Subscriber Identity Module (SIM) card including abbreviated dialed numbers and Small Message Service (SMS) text messages.

SA Harper was also able to view images and a video using the Datapilot 1.6.1 Secure View software program. Additionally, SA Harper was able to view call history on the cell phone. This was a non-forensic examination.

The Paraben reports are saved on the accompanying CD as well as the images, text messages and the video file. Also included on the CD is freeware, thinviewer version 4.6.15, to view the video.

SA Harper's conclusion is that the cell phone identified above contained the following items:

| | | |
|---|---|---|
| Phone name | - | Jackass |
| Phone number | - | 13345595162 |

### IMAGES

| | | |
|---|---|---|
| Pictures | - | (8) JPG images |
| Video | - | (1) Thin Multimedia, Inc. video file |

### MESSAGES

| | | |
|---|---|---|
| In Box | - | (37) text messages |
| Out Box | - | empty |
| Sent Items | - | empty |
| Saved Items | | |
|   Test Messages | | |
|     Saved text msgs | - | empty |
|     Templates | - | (22) template messages |
|     My folder | - | empty |
|   Picture Messages | - | empty |

### ABBREVIATED DIALED NUMEBRS

| | | |
|---|---|---|
| Telephone Numbers | - | (30) saved numbers |

### CALL HISTORY

| | | |
|---|---|---|
| Missed Calls | - | (20) numbers |
| Received Calls | - | (15) numbers |
| Dialed Numbers | - | (15) numbers |
| Message Recipients | - | (10) numbers |

ATTACHMENT "A"